UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-62962-CIV-MORENO

ZUMBA FITNESS, LLC,

        Plaintiff,

vs.

TEESPRING, INC., and SPREADSHIRT, INC.,

        Defendants.
_____/

### ORDER OF DISMISSAL AS TO DEFENDANTS TEESPRING, INC AND SPREADHSIRT, INC

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal Without Prejudice as to Defendants Teespring, Inc. and Spreadshirt, Inc. **(D.E. 8)**, filed on **March 4, 2019**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that Only Defendants Teespring, Inc. and Spreadshirt, Inc. are **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of March 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record